E. JOSEPH CONNAUGHTON (SBN 166765)
MELISSA LISTUG KLICK (SBN 228470)
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
401 B Street, Tenth Floor
San Diego, California  92101-8214
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant
KELLY SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWENA GOREE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KELLY SERVICE,<br><br>　　　　Defendant. | CASE NO. CIV-F-04-6734 AWI LJO<br><br>**STIPULATION AND PROPOSED ORDER OF THE PARTIES TO CONTINUE DISCOVERY CUT-OFF**<br><br>Crtrm:　　　　3<br>Judge:　　　　Hon. Anthony Ishi<br>Complaint Filed:　November 24, 2004<br>Trial Date:　　March 7, 2006 |

　　　　IT IS HEREBY STIPULATED by and between ROWENA GOREE in pro per and KELLY SERVICES INC. ("Defendant") that for good cause appearing, the Scheduling Conference Order in this matter dated April 25, 2005, shall be modified so that all non expert discovery shall be completed no later than October 31, 2005.

　　　　All other discovery, including expert witnesses and trial dates, in the action remain unchanged by this stipulation.  This order shall not form the basis to extend any other cut-off dates, to add any new parties, causes of actions or defenses, or to continue the trial date.

This stipulation will advance the fair and efficient administration of justice to enable defendant Kelly Services' motion for summary judgment, which is scheduled for September 26, 2005, to be heard before the parties expend the time and expense of taking the plaintiff's deposition.  This stipulation will not affect the trial date in this matter.

IT IS HEREBY AGREED:

Dated: September _____, 2005

By: _____
ROWENA GOREE
In Pro Per

Dated: September _____, 2005                    PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP


By: _____
E. JOSEPH CONNAUGHTON
MELISSA LISTUG KLICK
Attorneys for Defendant
KELLY SERVICES, INC.


APPROVED AND SO ORDERED FOR GOOD CAUSE APPEARING:


IT IS SO ORDERED.


**Dated:   September 12, 2005            /s/ Lawrence J. O'Neill**

66h44d                                   UNITED STATES MAGISTRATE JUDGE