1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

10  **ROWENA GOREE,**                      )   **CIV- F-04-6734 AWI LJO**
                                            )
11              **Plaintiff,**              )   **ORDER VACATING**
                                            )   **HEARING DATE OF**
12          **v.**                          )   **SEPTEMBER 26, 2005, AND**
                                            )   **TAKING MATTER UNDER**
13  **KELLY SERVICES, INC.,**               )   **SUBMISSION**
                                            )
14              **Defendant**.              )
    _____)
15
16
17
18
19          Defendant Kelly Services, Inc. has filed a Motion for Summary Judgment, or alternatively

20  Summary Adjudication.  The matter was scheduled for hearing to be held on September 26,

21  2005.  Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a

22  notice of non-opposition no later than September 12, 2005.  Plaintiff failed to do so.

23          Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in

24  violation of the Local Rules.  See 78-230(c).  Plaintiff is further not entitled to be heard at oral

25  argument in opposition to the motion.  See 78-230(c).  The court has reviewed Defendant's

26  motion and the applicable law, and has determined that the motion is suitable for decision

27  without oral argument.  See  Local Rule 78-230(h).

28

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 26, 2005, is VACATED, and no party shall appear at that time.  As of September 26, 2005,  the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     September 20, 2005**                    **_____/s/ Anthony W. Ishii_____**
0m8i78                                        UNITED STATES DISTRICT JUDGE

2