E. JOSEPH CONNAUGHTON (SBN 166765)
MELISSA LISTUG KLICK (SBN 228470)
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
401 B Street, Tenth Floor
San Diego, California  92101-8214
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant
KELLY SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWENA GOREE,<br><br>        Plaintiff,<br><br>   v.<br><br>KELLY SERVICE,<br><br>        Defendant. | CASE NO. CIV-F-04-6734 AWI LJO<br><br>**STIPULATION AND ORDER OF THE PARTIES TO CONTINUE DISCOVERY CUT-OFF**<br><br>Crtrm:              3<br>Judge:              Hon. Anthony Ishii<br>Complaint Filed:    November 24, 2004<br>Trial Date:         March 7, 2006 |

    IT IS HEREBY STIPULATED by and between ROWENA GOREE in pro per and KELLY SERVICES INC. ("Defendant") that for good cause appearing, the Scheduling Conference Order in this matter dated April 25, 2005, and modified on September 12, 2005, shall be again modified so that all non-expert discovery shall be completed no later than December 30, 2005.

    All other discovery, including expert witnesses and trial dates, in the action remain unchanged by this stipulation.  This order shall not form the basis to extend any other cut-off dates, to add any new parties, causes of actions or defenses, or to continue the trial date.

This stipulation will advance the fair and efficient administration of justice to enable defendant Kelly Services' motion for summary judgment, which was taken under submission on September 26, 2005, potentially to be decided before the parties expend the time and expense of taking the plaintiff's deposition. This stipulation will not affect the trial date in this matter.

IT IS HEREBY AGREED:

Dated: October 19, 2005

                                                  By:/s/
                                                  ROWENA GOREE
                                                  In Pro Per

Dated: October 19, 2005                    PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

                                                  By:/s/
                                                  E. JOSEPH CONNAUGHTON
                                                  MELISSA LISTUG KLICK
                                                  Attorneys for Defendant
                                                  KELLY SERVICES, INC.

IT IS SO ORDERED.

**Dated:   October 20, 2005**           **/s/ Lawrence J. O'Neill**

66h44d                                UNITED STATES MAGISTRATE JUDGE